434 A.2d 715

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Paulette A. CARRINGTON, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1981.

Decided Sept. 24, 1981.

Samuel Kagle, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Attys., Andrew B. Cohn, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J. and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

The judgments of sentence are affirmed.